## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christina M. Gholami            CHAPTER 7
                  Debtor(s)

                        BKY. NO. 24-14438 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

                 Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
18 Dec 2024, 16:58:11, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322