| Statement of Earnings For: | CHRISTINA M GHOLAMI | | | | Willy Nilly Inc DBA The Brick Tavern Inn |
|---|---|---|---|---|---|
| Period Begin | 11/11/2024 | Company Id | 1442 | Employee Number 577 | 1/4 0/4 1 Old Bethlehem Pike |
| Period End | 11/24/2024 | Department | FOH | Frequency Biweekly | Quakertown, PA 18951 |
| Check Date | 11/29/2024 | | | Pay Type Hourly | |
| Federal Filing | Married | Res State PA | | | PA Exemptions | PA Additional |
| Fed Exempts | 0 | Work State PA | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | Local Exemptions | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 106122 | $24.37 | $288.81 | $24.37 | |

**EARNINGS** *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)   **TAXES**   **DEDUCTIONS**

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tipped Regular | | 57.41 | 288.81 | 1,221.72 | 6,593.95 | SOC SEC EE | 87.82 | 2,218.39 | | | |
| | 2.8300 | 39.79 | 112.61 | | | MED EE | 20.54 | 518.82 | | | |
| | 10.0000 | 17.62 | 176.20 | | | FEDERAL WH | 88.94 | 1,864.09 | | | |
| Tips Not Paid | | | 1,127.49 | | 26,509.07 | PA WH | 43.48 | 1,098.42 | | | |
| Tipped Overtime | | | 0.00 | 0.90 | 7.39 | MILFORD TWP | 22.66 | 572.48 | | | |
| Misc Earnings | | | 0.00 | | 2,670.00 | PA SUI EE | 1.00 | 25.05 | | | |
| **Total:** | | 57.41 | 1,416.30 | 1,222.62 | 35,780.41 | **Total:** | 264.44 | 6,297.25 | **Total:** | 0.00 | 0.00 |

**LEAVE ACCRUAL**              **DISTRIBUTION OF NET PAY**

| Accrual Type | | | | |
|---|---|---|---|---|

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | CHRISTINA M GHOLAMI | | | | Willy Nilly Inc DBA The Brick Tavern Inn |
|---|---|---|---|---|---|
| Period Begin | 11/18/2024 | Company ID | WN | Employee Number 977 | 2460 N Old Bethlehem Pike |
| Period End | 11/24/2024 | Department | FOH | Pay Frequency Weekly | Quakertown, PA 18951 |
| Check Date | 11/29/2024 | | | Pay Type Hourly | |
| Federal Filing | Married | Res State PA | | | PA Exemptions | PA Additional |
| Fed Exempts | 0 | Work State PA | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | Local Exemptions | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 106121 | $147.70 | $180.00 | $147.70 | |

### EARNINGS  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Misc Earnings | | | 180.00 | | 2,670.00 |
| Tipped Regular | | | 0.00 | 1,164.31 | 6,305.14 |
| Tips Not Paid | | | 0.00 | | 25,381.58 |
| Tipped Overtime | | | 0.00 | 0.90 | 7.39 |
| **Total:** | | **0.00** | **180.00** | **1,165.21** | **34,364.11** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 11.16 | 2,130.57 |
| MED EE | 2.61 | 498.28 |
| FEDERAL WH | 10.00 | 1,775.15 |
| PA WH | 5.53 | 1,054.94 |
| MILFORD TWP | 2.88 | 549.82 |
| PA SUI EE | 0.12 | 24.05 |
| **Total:** | **32.30** | **6,032.81** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### LEAVE ACCRUAL
Accrual Type

### DISTRIBUTION OF NET PAY

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings | | | CHRISTINA M GHOLAMI | | | | | Willy Nilly Inc DBA The Brick Tavern Inn |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 10/28/2024 | Company Id | 17442 | Employee Number | 577 | | | 2460 N Old Bethlehem Pike |
| Period End | 11/10/2024 | Department | FOH | Pay Group | Bi-Weekly | | | Quakertown, PA 18951 |
| Check Date | 11/15/2024 | | | Pay Type | Hourly | | | |
| Federal Filing | Married | Res State | PA | | | | | PA Exemptions | | PA Additional |
| Fed Exempts | 0 | Work State | PA | | | | | Local Exemptions | | Local Additional |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | | | | Check Message |

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V10181706 | $0.00 | $267.80 | $0.00 |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | | 54.22 | 267.80 | 1,164.31 | 6,305.14 | SOC SEC EE | 108.90 | 2,119.41 | | | |
| | 2.8300 | 38.27 | 108.30 | | | MED EE | 25.47 | 495.67 | | | |
| | 10.0000 | 15.95 | 159.50 | | | FEDERAL WH | 50.16 | 1,765.15 | | | |
| Tips Not Paid | | | 1,488.75 | | 25,381.58 | PA WH | 53.93 | 1,049.41 | | | |
| Tipped Overtime | | | 0.00 | 0.90 | 7.39 | MILFORD TWP | 28.11 | 546.94 | | | |
| Misc Earnings | | | 0.00 | | 2,490.00 | PA SUI EE | 1.23 | 23.93 | | | |
| Total: | | 54.22 | 1,756.55 | 1,165.21 | 34,184.11 | Total: | 267.80 | 6,000.51 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|
| Accrual Type | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼



Willy Nilly Inc DBA The Brick Tavern Inn
2460 N Old Bethlehem Pike
Quakertown, PA 18951

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/15/2024 | V10181706 |

**TOTAL NET PAY**
**********$0.00

Net Pay of Zero. See Earning Statement for details.

CHRISTINA M GHOLAMI
153 CYPRESS DRIVE QUAKERTOWN
Quakertown, PA 18951

**NOT NEGOTIABLE**

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

| Statement of Earnings For: | **CHRISTINA M GHOLAMI** | | | **Willy Nilly Inc DBA The Brick Tavern Inn** |
|---|---|---|---|---|
| Period Begin | 10/28/2024 | Company Id | 17442 | Employee Number 577 |
| Period End | 11/10/2024 | Department | FOH | Pay Group  Bi-Weekly |
| Check Date | 11/15/2024 | | | Pay Type  Hourly |

2401 N. Old Bethlehem Pike, Quakertown, PA 18951

| Federal Filing | Married | Res State PA | | PA Exemptions | | PA Additional | |
|---|---|---|---|---|---|---|---|
| Fed Exempts | 0 | Work State PA | | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | Local Exemptions | | Local Additional | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 106089 | $138.44 | $200.00 | $138.44 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Misc Earnings | | | 200.00 | | 2,490.00 |
| Tipped Regular | | 0.00 | | 1,110.09 | 6,037.34 |
| Tips Not Paid | | 0.00 | | | 23,892.83 |
| Tipped Overtime | | 0.00 | | 0.90 | 7.39 |
| **Total:** | | 0.00 | 200.00 | 1,110.99 | 32,427.56 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 18.39 | 2,010.51 |
| MED EE | 23.69 | 470.20 |
| FEDERAL WH | 10.00 | 1,714.99 |
| PA WH | 6.14 | 995.48 |
| MILFORD TWP | 3.20 | 518.83 |
| PA SUI EE | 0.14 | 22.70 |
| **Total:** | 61.56 | 5,732.71 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### LEAVE ACCRUAL

Accrual Type

### DISTRIBUTION OF NET PAY

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

## Statement of Earnings For: CHRISTINA M GHOLAMI

| Period Begin | 10/14/2024 | Company Id | 17442 | Employee Number | 577 | Willy Nilly Inc DBA The Brick Tavern Inn |
| --- | --- | --- | --- | --- | --- | --- |
| Period End | 10/27/2024 | Department | FOH | Pay Group | Biweekly | 2460 N Old Bethlehem Pike |
| Check Date | 11/1/2024 | | | Pay Type | Hourly | Quakertown, PA 18951 |

| Federal Filing | Married | Res State | PA | | | PA Exemptions | | PA Additional | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fed Exempts | 0 | Work State | PA | | | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | | Local Exemptions | | Local Additional | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
| --- | --- | --- | --- | --- |
| V10089278 | $0.00 | $186.85 | $0.00 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | | 50.90 | 186.85 | 1,110.09 | 6,037.34 | SOC SEC EE | 94.48 | 1,992.12 | | | |
| | 2.8300 | 44.93 | 127.15 | | | MED EE | 2.71 | 446.51 | | | |
| | 10.0000 | 5.97 | 59.70 | | | FEDERAL WH | 12.84 | 1,704.99 | | | |
| Tips Not Paid | | | 1,433.67 | | 23,892.83 | PA WH | 49.75 | 989.34 | | | |
| Tipped Overtime | | | 0.00 | 0.90 | 7.39 | MILFORD TWP | 25.93 | 515.63 | | | |
| Misc Earnings | | | 0.00 | | 2,290.00 | PA SUI EE | 1.14 | 22.56 | | | |
| Total: | | 50.90 | 1,620.52 | 1,110.99 | 32,227.56 | Total: | 186.85 | 5,671.15 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | |
| --- | --- | --- | --- | --- | --- |
| Accrual Type | | | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼



Willy Nilly Inc DBA The Brick Tavern Inn
2460 N Old Bethlehem Pike
Quakertown, PA 18951

| CHECK DATE | VOUCHER ID |
| --- | --- |
| 11/1/2024 | V10089278 |

**TOTAL NET PAY**
**********$0.00

Net Pay of Zero. See Earning Statement for details.

CHRISTINA M GHOLAMI
153 CYPRESS DRIVE QUAKERTOWN
Quakertown, PA 18951

**NOT NEGOTIABLE**

MP    DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**Statement of Earnings** — CHRISTINA M GHOLAMI

**Willy Nilly Inc DBA The Brick Tavern Inn**
Quakertown, PA 18951

| Period Begin | 10/14/2024 | Company Id | 17442 | Employee Number | 577 |
| Period End | 10/27/2024 | Department | FOH | Pay Group | Bi-Weekly |
| Check Date | 11/1/2024 | | | Pay Type | Hourly |

| Federal Filing | Married | Res State | PA | | | PA Exemptions | | PA Additional | |
| Fed Exempts | 0 | Work State | PA | | | Local Exemptions | | Local Additional | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 106056 | $146.06 | $200.00 | $146.06 | |

### EARNINGS

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Misc Earnings | | | 200.00 | | 2,290.00 |
| Tipped Regular | | 0.00 | | 1,059.19 | 5,850.49 |
| Tips Not Paid | | | 0.00 | | 22,459.16 |
| Tipped Overtime | | 0.00 | | 0.90 | 7.39 |
| **Total:** | | 0.00 | 200.00 | 1,060.09 | 30,607.04 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 12.40 | 1,897.64 |
| MED EE | 22.06 | 443.80 |
| FEDERAL WH | 10.00 | 1,692.15 |
| PA WH | 6.14 | 939.59 |
| MILFORD TWP | 3.20 | 489.70 |
| PA SUI EE | 0.14 | 21.42 |
| **Total:** | 53.94 | 5,484.30 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

### LEAVE ACCRUAL

| Accrual Type | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | | CHRISTINA M GHOLAMI | | | | Willy Nilly Inc DBA The Brick Tavern Inn | |
|---|---|---|---|---|---|---|---|
| Period Begin | 10/01/2024 | Company Id | D40C | Employee Number | 557 | 2460 N Old Bethlehem Pike | |
| Period End | 10/13/2024 | Department | FOH | Primary Pay | Hourly | Quakertown, PA 18951 | |
| Check Date | 10/18/2024 | | | Pay Type | Hourly | | |
| Federal Filing | Married | Res State | PA | | | PA Exemptions | PA Additional |
| Fed Exempts | 0 | Work State | PA | | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V9977936 | $0.00 | $184.67 | $0.00 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | | 50.51 | 184.67 | 1,059.19 | 5,850.49 | SOC SEC EE | 95.88 | 1,885.24 | | | |
| | 2.8300 | 44.69 | 126.47 | | | MED EE | 3.26 | 421.74 | | | |
| | 10.0000 | 5.82 | 58.20 | | | FEDERAL WH | 12.24 | 1,682.15 | | | |
| Tips Not Paid | | | 1,361.74 | | 22,459.16 | PA WH | 47.47 | 933.45 | | | |
| Tipped Overtime | | | 0.00 | 0.90 | 7.39 | MILFORD TWP | 24.74 | 486.50 | | | |
| Misc Earnings | | | 0.00 | | 2,090.00 | PA SUI EE | 1.08 | 21.28 | | | |
| Total: | | 50.51 | 1,546.41 | 1,060.09 | 30,407.04 | Total: | 184.67 | 5,430.36 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | |
|---|---|---|---|---|
| Accrual Type | | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼



Willy Nilly Inc DBA The Brick Tavern Inn
2460 N Old Bethlehem Pike
Quakertown, PA 18951

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/18/2024 | V9977936 |

TOTAL NET PAY
**********$0.00

Net Pay of Zero. See Earning Statement for details.

CHRISTINA M GHOLAMI
153 CYPRESS DRIVE QUAKERTOWN
Quakertown, PA 18951

**NOT NEGOTIABLE**

MP

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

| Statement of Earnings For: | CHRISTINA M GHOLAMI | | Willy Nilly Inc DBA The Brick Tavern Inn |
|---|---|---|---|
| Period Begin | 09/30/2024 | Employee Number | Quakertown, PA 18951 |
| Period End | 10/13/2024 | Department FOH | |
| Check Date | 10/18/2024 | Pay Type Hourly | |
| Federal Filing | Married | Res State PA | PA Exemptions | PA Additional |
| Fed Exempts | 0 | Work State PA | | |
| Fed Additional | $10.00 | Local Filing  PSD Code: 091304 | Local Exemptions | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 106024 | $165.22 | $200.00 | $165.22 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Misc Earnings | | | 200.00 | | 2,090.00 | SOC SEC EE | 12.40 | 1,789.36 | | | |
| Tipped Regular | | 0.00 | | 1,008.68 | 5,665.82 | MED EE | 2.90 | 418.48 | | | |
| Tips Not Paid | | 0.00 | | | 21,097.42 | FEDERAL WH | 10.00 | 1,669.91 | | | |
| Tipped Overtime | | 0.00 | | 0.90 | 7.39 | PA WH | 6.14 | 885.98 | | | |
| | | | | | | MILFORD TWP | 3.20 | 461.76 | | | |
| | | | | | | PA SUI EE | 0.14 | 20.20 | | | |
| Total: | | 0.00 | 200.00 | 1,009.58 | 28,860.63 | Total: | 34.78 | 5,245.69 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| Accrual Type | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | | CHRISTINA M GHOLAMI | | | | Willy Nilly Inc DBA The Brick Tavern Inn | |
|---|---|---|---|---|---|---|---|
| Period Begin | 9/26/2024 | Employee Number | | | | Quakertown, PA 18951 | |
| Period End | 9/29/2024 | Department | FOH | | | | |
| Check Date | 10/4/2024 | Pay Type | Hourly | | | | |
| Federal Filing | Married | Res State | PA | | | PA Exemptions | PA Additional |
| Fed Exempts | 0 | Work State | PA | | | | |
| Fed Additional | $10.00 | Local Filing | | PSD Code: 091304 | | Local Exemptions | Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 105991 | $270.36 | $320.00 | $270.36 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Misc Earnings | | | 320.00 | | 1,890.00 | SOC SEC EE | 19.84 | 1,677.85 | | | |
| Tipped Regular | | | 0.00 | 942.85 | 5,363.86 | MED EE | 4.64 | 392.40 | | | |
| Tips Not Paid | | | 0.00 | | 19,808.18 | FEDERAL WH | 10.00 | 1,551.16 | | | |
| | | | | | | PA WH | 9.82 | 830.76 | | | |
| | | | | | | MILFORD TWP | 5.12 | 432.98 | | | |
| | | | | | | PA SUI EE | 0.22 | 18.94 | | | |
| Total: | | 0.00 | 320.00 | 942.85 | 27,062.04 | Total: | 49.64 | 4,904.09 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| Accrual Type | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | CHRISTINA M GHOLAMI | | | | Willy Nilly Inc DBA The Brick Tavern Inn |
|---|---|---|---|---|---|
| Period Begin | 9/16/2024 | Company Id | 17442 | Employee Number 577 | Quakertown, PA 18951 |
| Period End | 9/29/2024 | Department | FOH | Pay Group Biweekly | |
| Check Date | 10/4/2024 | | | Pay Type Hourly | |
| Federal Filing | Married | Res State PA | | | PA Exemptions / PA Additional |
| Fed Exempts | 0 | Work State PA | | | |
| Fed Additional | $10.00 | Local Filing | PSD Code: 091304 | | Local Exemptions / Local Additional |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 105992 | $2.53 | $309.35 | $2.53 | |

### EARNINGS
*Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | | 65.83 | 301.96 | 1,008.68 | 5,665.82 |
| | 2.8300 | 40.64 | 115.01 | | |
| | 5.0000 | 12.99 | 64.95 | | |
| | 10.0000 | 12.20 | 122.00 | | |
| Tips Not Paid | | | 1,289.24 | | 21,097.42 |
| Tipped Overtime | 8.2120 | 0.90 | 7.39 | 0.90 | 7.39 |
| Misc Earnings | | | 0.00 | | 1,890.00 |
| **Total:** | | 66.73 | 1,598.59 | 1,009.58 | 28,660.63 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 99.11 | 1,776.96 |
| MED EE | 23.18 | 415.58 |
| FEDERAL WH | 108.75 | 1,659.91 |
| PA WH | 49.08 | 879.84 |
| MILFORD TWP | 25.58 | 458.56 |
| PA SUI EE | 1.12 | 20.06 |
| **Total:** | 306.82 | 5,210.91 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

### LEAVE ACCRUAL
Accrual Type

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼